UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RECEIVED**
AUG - 5 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Bruce Wright
_____

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

Chicago Police Dept.
3340 W. Fillmore St,
Chicago, IL 60624

1:19-cv-05273
Judge Edmond E. Chang
Magistrate Judge Maria Valdez
PC11

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

CHECK ONE ONLY:

 X   COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
     U.S. Code (state, county, or municipal defendants)

_____ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
      28 SECTION 1331 U.S. Code (federal defendants)

_____ OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I. **Plaintiff(s):**

A. Name: Bruce Wright

B. List all aliases: _____

C. Prisoner identification number: 2019-0116079

D. Place of present confinement: Cook County Jail

E. Address: P.O. Box 089002, Chicago, IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Chicago Police Department

   Title: Homan Square Officer's

   Place of Employment: 3340 W. Fillmore St, Chicago, IL 60624

B. Defendant: _____

   Title: _____

   Place of Employment: _____

C. Defendant: _____

   Title: _____

   Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

   A. Name of case and docket number: _____

   B. Approximate date of filing lawsuit: _____

   C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

   D. List all defendants: _____

   E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

   F. Name of judge to whom case was assigned: _____

   G. Basic claim made: _____

   H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

   I. Approximate date of disposition: _____

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

Revised 9/2007

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On January 15th, 2019 at 11:06 a.m. I Bruce Wright was arrested by Homan Square Chicago Police Officer's and charged with class X Armed Habitual Criminal and class 2 UUW-weapon-Felon/use Firearm. At that time I was renting out the apartment to Sheila Cox, and Sheila Cox has been renting the apartment since October of 2018 until it was raided by CPD on Jan 15, 2019. Sheila Cox called me and related the Officer's had raided the apartment and I Bruce Wright came to the apartment to see what was going on. When I got there my parole officer was there and he said he did not know about any search warrant being active. The officer's arrested me into Custody and transported me to Homan Square for processing. And adviced me that I was being charged with the above Felony Charges. Since I been in Custody at the Cook County Jail, The owner

4

Revised 9/2007

Renting the apartment wich is Sheila Cox admitted that the gun Im being accussed of belongs to her and was at her apartment for protection. Sheia cox wrote an Affidavit to the state's attorney office and also brought a copy to the court in wich ~~they~~ they they have failed to take into consideration.

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

_____
_____
_____
_____
_____

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 19 day of July, 2019

*Bruce Wright*

(Signature of plaintiff or plaintiffs)

Bruce Wright
(Print name)

2019-0116079
(I.D. Number)

P.O. Box 089002

Chicago, IL 60608

(Address)