IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Bruce Wright, | ) | |
| | ) | |
|     *Plaintiff,* | ) | |
| | ) | 19-cv-5273 |
|     *-vs-* | ) | |
| | ) | |
| Chicago Police Department, etc. | ) | |
| | ) | |
|     *Defendants.* | ) | |

## NOTICE OF AVAILABILITY FOR ASSIGNMENT

The undersigned hereby gives notice that he is available to serve as assigned counsel for plaintiff Bruce Wright.

Mr. Wright has written to counsel requesting assistance in this pending matter. The undersigned has reviewed the police report of the arrest underlying this case and believes that the issues in Mr. Wright's case would be best presented by an attorney with specific expertise, such as that possessed by the undersigned, who has been prosecuting Section 1983 cases since 1973, *Williams v. Cannon,* 370 F.Supp. 1243 (N.D.Ill. 1974) and in more than 700 cases thereafter.

                                              Respectfully submitted,

/s/ <u>Kenneth N. Flaxman</u>
     Kenneth N. Flaxman
     ARDC No. 0830399
     200 S Michigan Ave Ste 201
     Chicago, IL 60604-2430
     (312) 427-3200
     knf@kenlaw.com